JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Aetna Life Insurance Company, | ) | CASE NO. SACV 07-1094-JVS(ANx) |
| | ) | |
|       Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
|   v. | ) | |
| David Field, et al., | ) | |
| | ) | |
|       Defendant(s). | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: February 19, 2008

_____
James V. Selna
United States District Judge